UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| MONICA HOEFT, | ) | 3:05-CV-0375-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | MINUTES OF THE COURT |
| | ) | DATE: MARCH 12, 2007 |
| JO ANNE BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

PRESENT: __EDWARD C. REED, JR.__    U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__    Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) __NONE APPEARING__

Counsel for Defendant(s) __NONE APPEARING__

<u>MINUTE ORDER IN CHAMBERS</u>

On February 1, 2007, the Magistrate Judge filed a Report and Recommendation (#28) to which Plaintiff filed Objections (#31).

The Report and Recommendation (#28) recommends that summary judgment (#25) be granted to Defendant and Plaintiff's Motion to Remand (#21) be denied.

The Report and Recommendation (#28) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#28) is **APPROVED** and **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** Defendant's Motion for Summary Judgment (#25) is **GRANTED**. Plaintiff's Motion for Remand (#21) is **DENIED**.

The Clerk shall enter judgment accordingly.

The Administrative Law Judge's finding that Plaintiff could work at all levels of physical exertion that do not involve frequent interaction with the public was based on substantial evidence. The Administrative Law Judge did not apply an incorrect legal standard to this case.

LANCE S. WILSON, CLERK

By ___/s/___
Deputy Clerk